**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Christopher Bernard THOMPSON,**
**Defendant-Appellant.**

**No. 16-17472**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(September 1, 2017)

Christopher P. Canova, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Francis Todd Williams, U.S. Attorney's Office, Gainesville, FL, for Plaintiff-Appellee

Christopher Bernard Thompson, Pro Se

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Stephen N. Bernstein, appointed counsel for Christopher Bernard Thompson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thompson's conviction and sentence are **AFFIRMED.**